IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DECAPOLIS SYSTEMS, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:22-CV-00173-JRG-RSP |
| TEXAS RETINA ASSOCIATES, | § § | (Lead Case) |
| *Defendant*, | § § § | |
| v. | § § § | Case No. 2:22-CV-00407-JRG-RSP |
| STEWARD HEALTH CARE NETWORK, INC., AND STEWARD HEALTH CARE SYSTEM LLC | § § § § § | (Member Case) |
| *Defendants.* | § | |

## ORDER

Before the Court is the Stipulation of Dismissal filed by Plaintiff Decapolis Systems, LLC and Defendants Steward Health Care Network, Inc. and Steward Health Care System LLC. (Dkt. No. 25.) In light of the Stipulation, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(ii), all pending claims and causes of action in Case No. 2:22-CV-00407 are **DISMISSED WITHOUT PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of the Court is directed to **CLOSE** both Case No. 2:22-CV-00173 and Case No. 2:22-CV-00407.

**So ORDERED and SIGNED this 25th day of January, 2023.**

_____
RODNEY GILSTRAP